IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEITH M. SANDS, JR. | ) | |
| | ) | |
| vs. | ) | CA No. 01-503T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**MOTION FOR EXTENSION OF TIME**

On August 31, 2006, the Court ordered the United States to respond to the defendant, Keith M. Sands', Jr. (Sands) latest post-conviction filing by September 5, 2006. With an intervening holiday (Labor Day), the government was not able to compile a response during the two business days allotted by the order.

Even a cursory review of Sands' torturous post-conviction docket sheet suggests that his latest motion to, "...'Stay Judgments' That Were Made In Violation Of Fed. Rules Crim. Proc. 32(h) And Obtained In Violation Of The U.S. Constitution And U.S. Supreme Court Precedent" -- is frivolous and procedurally abusive. Sands pled guilty to a variety of drug trafficking offenses on June 30, 2000. He was sentenced on October 20, 2000 to 188 months imprisonment. Since that time, he has petitioned under § 2255, sought certificates of appealability, and permission to file second or subsequent motions under § 2255, "traversed", moved for "vacatur" under Rule 60(b), and pursued appeals or sought rehearing on the denial of many of those filings.

It appears that Sands' latest filing merely rehashes many of his old arguments, which were examined, denied and reviewed already. Only now, Sands does so under the aegis of a rule that he has not yet tried in the past. Given the length of Sands' sentence, his concession that he is not asserting actual innocense, and the lack of any real prospect of success on his motion, it does not appear that Sands will be prejudiced by this request for an extension of time.

The United States will be required to retrieve Sands' files from archives, sort out the procedural history of his case, inventory the arguments that he has made in the past, and research his undoubtedly new and novel use of Rule 32(h). The United States therefore requests a one-month extension, up to and including October 5, 2006, within which to respond to Sands' motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

On this 6th day of September, 2006, I caused the Motion for Extension of Time to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Keith M. Sands, Jr.
Reg. #04823-070
FCI Allenwood
P.O. Box 2500
White Deer, PA 17887-2000

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney