# U.S. Party/Case Index

## All Types Name Search Results

**10 Total Party matches for selection SANDS, KEITH for ALL COURTS**
**Search Complete**
**Fri Sep 1 11:24:02 CDT 2006**
**Selections 1 through 10 (Page 1)**

Download (1 pages $ 0.00)

### Bankruptcy Cases

| | Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|---|
| 1 | SANDS, KEITH | njbke | 04-25828 | 05/07/2004 | 13 |
| | KEITH SANDS AND GAYLE SANDS | | | | |
| 2 | SANDS, KEITH | sdbke | 04-41191 | 09/14/2004 | 7 |
| | RUSSELL K. SANDS AND MARLYS L. SANDS | | | | |
| 3 | SANDS, KEITH ADEN | gasbke | 02-21624 | 10/21/2002 | 7 |
| | KEITH ADEN SANDS AND LORI SANDS | | | | |

### Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 4 | SANDS, KEITH M., JR. | ridce | 1:2001cv00503 | 10/18/2001 | 510 | 04/04/2002 |
| | Sands, et al v. United States | | | | | |

### Criminal Cases

| | Name | Court | Case No. | Filed | Closed |
|---|---|---|---|---|---|
| 5 | SANDS, KEITH M., JR. | ridce | 1:2000mj00012 | 02/02/2000 | |
| | USA v. Sands | | | | |
| 6 | SANDS, KEITH M., JR. | ridce | 1:2000cr00020 | 02/29/2000 | 10/20/2000 |
| | USA v. Sands | | | | |

### Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 7 | SANDS, KEITH M. | 01ca | 02-1597 | 05/20/2002 | 2510 | 10/24/2002 |
| | SANDS vs. US | | | | | |
| 8 | SANDS, KEITH M. | 01ca | 03-1378 | 03/27/2003 | 2510 | 07/02/2003 |
| | SANDS vs. US | | | | | |
| 9 | SANDS, KEITH M. | 01ca | 04-2130 | 08/25/2004 | 0 | 09/27/2004 |
| | SANDS vs. US | | | | | |
| 10 | SANDS, KEITH M. | 01ca | 05-1280 | 03/04/2005 | 0 | 03/22/2005 |
| | SANDS vs. US | | | | | |

**PACER Service Center**

## Transaction Receipt

| 09/01/2006 11:24:02 | | | |
|---|---|---|---|
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | All Types srch pg 1 | **Search Criteria:** | SANDS, KEITH |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

Help

2

CLOSED, PRIOR, RWL

# U.S. District Court
# District of Rhode Island (Providence)
# CRIMINAL DOCKET FOR CASE #: 1:00-cr-00020-T-1

Case title: USA v. Sands
Magistrate judge case number: 1:00-mj-00012

Date Filed: 02/29/2000

Assigned to: Judge Ernest C. Torres

**Defendant**

**Keith M. Sands, Jr.** (1)
*TERMINATED: 10/27/2000*
*also known as*
Sandman (1)

represented by **Michael J. Gardiner**
Michael Gardiner Attorney at Law
1880 Broad Street
Cranston, RI 02905
401-861-4100
Fax: 401-467-8798
Email: mgardiner6@cox.net
*TERMINATED: 10/27/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE CRACK COCAINE (1) | Deft. sentenced to 188 mos. imprison, concurrent w/ each other and Counts 3 & 4; 4 yrs. super. rlse., concurrent w/ each other and Counts 3 & 4. Court recommends assignment to institution w/ program for sub. abuse trtmnt. & cnslng. Special condition of super. rlse: sub. abuse trtmnt. & cnslng. if deemed necessary by U.S. Probation. $400.00 SA ($100.00 each count) and no fine imposed. |
| 21:841 (a)(1) and 18:2 DISTRIBUTION OF CRACK COCAINE (2) | Deft. sentenced to 188 mos. imprison, concurrent w/ each other and Counts 3 & 4; 4 yrs. super. rlse., concurrent w/ each other and Counts 3 & 4. Court recommends assignment to institution w/ program for sub. abuse trtmnt. & cnslng. Special condition of super. rlse: sub. abuse trtmnt. & cnslng. if deemed necessary by U.S. Probation. $400.00 SA ($100.00 each count) and no fine |

3

| | |
|---|---|
| | imposed. |
| 21:841(a)(1) and 18:2 DISTRIBUTION OF CRACK COCAINE<br>(3) | Deft. sentenced to 188 mos. imprison, concurrent w/ each other and Counts 1 & 2; 3 yrs. super. rlse., concurrent w/ each other and Counts 1 & 2. Court recommends assignment to institution w/ program for sub. abuse trtmnt. & cnslng. Special condition of super. rlse: sub. abuse trtmnt. & cnslng. if deemed necessary by US Probation. $400.00 SA ($100.00 each count) and no fine imposed. |
| 21:841 (a)(1) DISTRIBUTION OF COCAINE<br>(4) | Deft. sentenced to 188 mos. imprison, concurrent w/ each other and Counts 1 & 2; 3 yrs. super. rlse., concurrent w/ each other and Counts 1 & 2. Court recommends assignment to institution w/ program for sub. abuse trtmnt. & cnslng. Special condition of super. rlse: sub. abuse trtmnt. & cnslng. if deemed necessary by US Probation. $400.00 SA ($100.00 each count) and no fine imposed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Interested Party**

| | | |
|---|---|---|
| **Richard Donovan** | represented by | **Richard Donovan**<br>United States Court of Appeal<br>Suite 2235<br>1 Courthouse Way<br>Boston, Ma 02210<br>PRO SE |

4

**Plaintiff**

**USA**
*TERMINATED: 10/27/2000*

represented by **Gerard B. Sullivan**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: gerard.sullivan@usdoj.gov
*TERMINATED: 10/27/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2000 | 1 | COMPLAINT as to Keith M. Sands Jr. [ 1:00-m -12 ] (Zinni, C) (Entered: 02/04/2000) |
| 02/02/2000 | 2 | Arrest WARRANT issued as to Keith M. Sands Jr. [ 1:00-m -12 ] (Zinni, C) (Entered: 02/04/2000) |
| 02/03/2000 | | ARREST of Keith M. Sands Jr. [ 1:00-m -12 ] (Zinni, C) (Entered: 02/04/2000) |
| 02/03/2000 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Keith M. Sands Jr. approved by Mag. Judge Lovegreen. [ 1:00-m -12 ] (Zinni, C) (Entered: 02/04/2000) |
| 02/03/2000 | | Initial Appearance as to Keith M. Sands Jr. held before Mag. Judge Lovegreen. Gerard B. Sullivan for Govt. Michael J. Gardiner for deft. Defendant temporarily detained pending preliminary exam. ;Preliminary Examination set for 9:00 2/9/00 for Keith M. Sands Jr. ; Detention Hearing set for 9:00 2/9/00 for Keith M. Sands Jr. (Defendant informed of rights.) [ 1:00-m -12 ] (Zinni, C) (Entered: 02/04/2000) |
| 02/03/2000 | 4 | ENTRY of Appearance for Keith M. Sands Jr. by Attorney Michael J. Gardiner [ 1:00-m -12 ] (Zinni, C) (Entered: 02/04/2000) |
| 02/04/2000 | 5 | CJA 20 as to Keith M. Sands Jr.: Appointment of Attorney Michael J. Gardiner ( Signed by Magistrate Judge Robert W. Lovegreen ) [ 1:00-m -12 ] (Zinni, C) (Entered: 02/04/2000) |
| 02/11/2000 | | Preliminary Examination as to Keith M. Sands Jr. held before MJLovegreen (Gardner, Sullivan) 1 Witness, 1 exhibit. Defendant argues. Govt. waives argument. Court finds probable cause [ 1:00-m -12 ] (FarrellPletcher, P) (Entered: 02/16/2000) |
| 02/11/2000 | | Detention hearing as to Keith M. Sands Jr. held before MJ Lovegreen (Gardner, Sullivan) Court detains defendant pending indictment [ 1:00-m -12 ] (FarrellPletcher, P) (Entered: 02/16/2000) |

5

| | | |
|---|---|---|
| 02/29/2000 | 1 | INDICTMENT as to Keith M. Sands (1) count(s) 1, 2, 3, 4, William Mott (2) count(s) 1, 2, 3, 5, 6, 7 (FarrellPletcher, P) (Entered: 03/02/2000) |
| 02/29/2000 | | CASE assigned to Judge Ernest C. Torres . Assigned to Magistrate Judge Robert W. Lovegreen (FarrellPletcher, P) (Entered: 03/02/2000) |
| 03/08/2000 | | Arraignment as to Keith M. Sands Jr. held before MJ Lovegreen (Gardiner, Leavey) Defendant pleads not guilty (FarrellPletcher, P) (Entered: 03/08/2000) |
| 03/08/2000 | 2 | ENTRY of Appearance for Keith M. Sands Jr. by Attorney Michael Gardiner (FarrellPletcher, P) (Entered: 03/08/2000) |
| 03/08/2000 | | Detention hearing as to Keith M. Sands Jr. held before MJ Lovegreen (Gardiner, Leavey) Defendant detained pending trial (FarrellPletcher, P) (Entered: 03/08/2000) |
| 03/08/2000 | 3 | ARRAIGNMENT ORDER as to Keith M. Sands Jr. setting Discovery cutoff 4/10/00 for Keith M. Sands Jr. ; Motion Filing deadline on 4/10/00 for Keith M. Sands Jr. ; Pretrial Conference for 9:30 4/14/00 for Keith M. Sands Jr. before Magistrate Judge Robert W. Lovegreen . Placed on Continuous Trial Calendar for April 23, 2000. ( Signed by Magistrate Judge Robert W. Lovegreen ) (FarrellPletcher, P) (Entered: 03/08/2000) |
| 03/15/2000 | 8 | TRANSCRIPT OF Preliminary Examination as to deft. Keith M. Sands, Jr. hearing for date of February 11, 2000 (Mercurio, A) Modified on 04/07/2000 (Entered: 03/15/2000) |
| 04/12/2000 | 12 | MOTION by Keith M. Sands Jr. to Enlarge Time to file pretrial motions (Webb, J) (Entered: 04/12/2000) |
| 04/14/2000 | | Pre-trial conference as to Keith M. Sands Jr., William Mott held before MJ Lovegreen (FarrellPletcher, P) (Entered: 04/17/2000) |
| 05/22/2000 | 15 | Plea Agreement as to Keith M. Sands Jr. (Mercurio, A) (Entered: 05/23/2000) |
| 05/23/2000 | | medication forms faxed to both counsel (Webb, J) (Entered: 05/23/2000) |
| 06/05/2000 | 16 | CERTIFICATION OF MEDICATION as to Keith M. Sands Jr. (Mercurio, A) (Entered: 06/05/2000) |
| 06/12/2000 | 17 | medication certification filed original to be filed at time of plea (Webb, J) (Entered: 06/12/2000) |
| 06/20/2000 | | Plea Agreement Hearing as to Keith M. Sands Jr., William Mott set for 11:30 6/30/00 for Keith M. Sands Jr., for William Mott Before Judge Ernest C. Torres (Mercurio, A) (Entered: 06/20/2000) |
| 06/20/2000 | | pris. req. forwarded and notice sent re: plea hearing as to Keith M. Sands Jr., William Mott (Mercurio, A) (Entered: 06/20/2000) |
| 06/30/2000 | | Change of Plea Hearing as to Keith M. Sands Jr. held. Mary Rogers for Govt., Michael J. Gardiner, Esq. for deft., and Dennis Jenkins from Probation. Govt. summarizes charges/elements and terms of plea |

| | | |
|---|---|---|
| | | agreement. Deft. is sworn and waiver is read. Govt. summarizes facts it would need to prove deft. guilty at trial. Defendant agrees to facts, wishes to plead guilty. Court finds deft. is fully competent. Plea is knowing and voluntary. There is a factual basis for plea. Court accepts plea of guilty and adjudges deft. guilty of Counts 1 through 4 of Indictment. Sentencing is set for October 27, 2000 at 9:30 a.m. Court advises defendant of right to object to PSR. (Mercurio, A) (Entered: 06/30/2000) |
| 06/30/2000 | | PLEA entered by Keith M. Sands Jr.. Court accepts plea. Guilty: Keith M. Sands (1) count(s) 1, 2, 3, 4 (Mercurio, A) (Entered: 06/30/2000) |
| 06/30/2000 | 19 | Minute entry as to Keith M. Sands Jr.: Change of Plea hearing held before J. Torres (Mercurio, A) (Entered: 06/30/2000) |
| 06/30/2000 | | Sentencing set for 9:30 10/27/00 for Keith M. Sands Jr. Before Judge Ernest C. Torres , Keith M. Sands (1) count(s) 1, 4 (Mercurio, A) (Entered: 06/30/2000) |
| 06/30/2000 | | pris. req. forwarded and sentencing notice sent as to Keith M. Sands Jr. (Mercurio, A) (Entered: 06/30/2000) |
| 06/30/2000 | 21 | Amended Plea Agreement as to Keith M. Sands Jr. (Mercurio, A) (Entered: 07/05/2000) |
| 07/19/2000 | | Sentencing set for 10:00 10/20/00 for Keith M. Sands Jr. Before Judge Ernest C. Torres Keith M. Sands (1) count(s) 1, 4 (Webb, J) (Entered: 07/19/2000) |
| 07/19/2000 | | Sentencing set for 9:30 10/20/00 for Keith M. Sands Jr. Before Judge Ernest C. Torres , Keith M. Sands (1) count(s) 1, 4 (Webb, J) (Entered: 07/19/2000) |
| 08/02/2000 | | Motion(s) referred to Judge: [23-1] motion for Issuance of Subpoena Duces Tecum (Webb, J) (Entered: 08/02/2000) |
| 09/28/2000 | 25 | OBJECTION by Keith M. Sands Jr. to Presentence Investigation Report (Mercurio, A) (Entered: 10/24/2000) |
| 09/28/2000 | 25 | MOTION by Keith M. Sands Jr. for Downward Departure (Mercurio, A) (Entered: 10/24/2000) |
| 10/20/2000 | | Sentencing held Keith M. Sands (1) count(s) 1, 2, 3, 4. Govt: Gerard B. Sullivan; For Defendant: Michael J. Gardiner; Probation: Kathy Ayars. Deft. has reviewed PSR w/ counsel and has an objection to the criminal history. Counsel address objection to criminal history and deft.'s M/ for downward departure. Court proceeds to allocution. Govt. makes its recommendation on sentence. Court denies deft.'s M/Downward Departure and imposes sentence. Deft. is committed to BOP for 188 mos. on each count, concurrent and 4 yrs. s.r. on Counts 1 and 2, concurrent and 3 yrs. s.r. on Counts 3 and 4, concurrent w/ all other counts. Court recommends deft. be assigned to institution that has a program of sub. abuse and counseling. Condition of s.r. - sub. abuse treatment and counseling, if necessary. No fine imposed and s.a. $100.00 on each count. Court advises deft. of right to appeal. (Mercurio, A) (Entered: |

7

| | | |
|---|---|---|
| | | 10/20/2000) |
| 10/20/2000 | 28 | Minute entry as to Keith M. Sands Jr.: Sentence hearing held before J. Torres (Mercurio, A) (Entered: 10/20/2000) |
| 10/24/2000 | 32 | ORDER as to Keith M. Sands Jr. denying [25-1] motion for Downward Departure as to Keith M. Sands (1) ( Signed by Judge Ernest C. Torres ) (Mercurio, A) (Entered: 10/24/2000) |
| 10/27/2000 | 34 | JUDGMENT as to Keith M. Sands (1) count(s) 1, 2 . Deft. sentenced to 188 mos. imprison, concurrent w/ each other and Counts 3 & 4; 4 yrs. super. rlse., concurrent w/ each other and Counts 3 & 4. Court recommends assignment to institution w/ program for sub. abuse trtmnt. & cnslng. Special condition of super. rlse: sub. abuse trtmnt. & cnslng. if deemed necessary by U.S. Probation. $400.00 SA ($100.00 each count) and no fine imposed. , Keith M. Sands (1) count(s) 3, 4 . Deft. sentenced to 188 mos. imprison, concurrent w/ each other and Counts 1 & 2; 3 yrs. super. rlse., concurrent w/ each other and Counts 1 & 2. Court recommends assignment to institution w/ program for sub. abuse trtmnt. & cnslng. Special condition of super. rlse: sub. abuse trtmnt. & cnslng. if deemed necessary by US Probation. $400.00 SA ($100.00 each count) and no fine imposed. ( Signed by Judge Ernest C. Torres ) (Mercurio, A) (Entered: 10/27/2000) |
| 11/16/2000 | | PSR returned to U.S. Probation as to Keith M. Sands Jr. (Mercurio, A) (Entered: 11/16/2000) |
| 11/28/2000 | 38 | CJA 20 as to Keith M. Sands Jr. Authorization to Pay Michael Gardiner in the amount of $3310.97 ( Signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 11/28/2000) |
| 12/14/2000 | 40 | Judgment Returned Executed as to Keith M. Sands Jr.; on 12/7/00 (Mercurio, A) (Entered: 12/15/2000) |
| 04/02/2001 | 46 | TRANSCRIPT filed as to Keith M. Sands Jr., William Mott for dates of 2/9/01 (Webb, J) (Entered: 04/03/2001) |
| 04/20/2001 | 48 | TRANSCRIPT OF Sentencing for date of 10/20/00 (Mercurio, A) (Entered: 04/20/2001) |
| 05/30/2001 | 50 | TRANSCRIPT OF Change of Plea for Sands and Mott for date of 6/30/00 (Mercurio, A) (Entered: 05/31/2001) |
| 10/18/2001 | | Motion to Vacate under 28:2255 filed by Keith Sands (see CA. 01-503 T). (McCabe, F) (Entered: 12/12/2001) |
| 10/29/2001 | 54 | TRANSCRIPT OF Sentencing for dates of 10/20/00 (Mercurio, A) (Entered: 10/29/2001) |
| 08/05/2002 | | Sent original criminal file to 1st Circuit for 2255 appeal CA01-503T as to Keith M. Sands Jr. (Mercurio, A) (Entered: 08/05/2002) |
| 01/17/2003 | | Original Court file returned by Richard Donovan as to Keith M. Sands Jr. re: 2255 appeal (Mercurio, A) (Entered: 01/17/2003) |

8

| | | |
|---|---|---|
| 08/16/2006 | 56 | MOTION to "Stay Judgments" That Were Made in Violation of Fed. Rules Criminal Procedure 32(h) and Obtained in Violation of the U.S. Constitution and U.S. Supreme Court Precedent WITH SUPPORTING MEMO by Keith M. Sands, Jr. (Leyva, Lucia) (Entered: 08/31/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2006 12:26:13 | | | |
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:00-cr-00020-T |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

9

CLOSED

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:01-cv-00503-T

Sands, et al v. United States
Assigned to: Judge Ernest C. Torres
Demand: $0
Case in other court: CR.00-00020(01) T
Cause: 28:2255 Motion to Vacate Sentence

Date Filed: 10/18/2001
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Keith M. Sands, Jr.**

represented by **Keith M. Sands, Jr.**
Reg# 04823-070
FCI Allenwood
PO Box 2500
White Deer, PA 17887-2000
PRO SE

V.

**Respondent**

**United States**

represented by **Gerard B. Sullivan**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: gerard.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Richard Donovan**

represented by **Richard Donovan**
United States Court of Appeal
Suite 2235
1 Courthouse Way
Boston, Ma 02210
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2001 | | CASE assigned to Judge Ernest C. Torres . (McCabe, F) Modified on |

10

| | | |
|---|---|---|
| | | 12/11/2001 (Entered: 10/18/2001) |
| 10/18/2001 | 1 | MOTION by Keith M. Sands Jr. to Vacate under 28 U.S.C. 2255 (see CR. 00-20 T) (McCabe, F) Modified on 12/12/2001 (Entered: 10/18/2001) |
| 10/25/2001 | 2 | ORDER: The government has up to and including November 30, 2001 to respond to Writ of Habeas Corpus ( signed by Judge Ernest C. Torres ) (FarrellPletcher, P) (Entered: 10/25/2001) |
| 11/30/2001 | 3 | OBJECTION by United States to [1-1] motion to Vacate under 28 U.S.C. 2255 (Mercurio, A) (Entered: 12/04/2001) |
| 12/05/2001 | | Motion(s) referred: [1-1] motion to Vacate under 28 U.S.C. 2255 referred to Dotty Fobert (FarrellPletcher, P) (Entered: 12/05/2001) |
| 12/12/2001 | 4 | ORDER denying petitioners motion to proceed in forma pauperis (mailed to counsel of record) ( signed by Judge Ernest C. Torres ) (FarrellPletcher, P) (Entered: 12/12/2001) |
| 12/14/2001 | 5 | RESPONSE by Keith M. Sands Jr. in opposition to [3-1] motion response (Mercurio, A) (Entered: 12/17/2001) |
| 12/19/2001 | 6 | MOTION by Keith M. Sands Jr. to Proceed in Forma Pauperis (Mercurio, A) (Entered: 12/20/2001) |
| 01/14/2002 | 7 | ORDER denying [6-1] motion to Proceed in Forma Pauperis on the grounds it is unnecessary This court has previously denied the plaintiff's motion to proceed in forma pauperis on the grounds that no filing fee is required in a section 2255 petition. See order of December 11, 2001 (mailed to counsel of record) ( signed by Judge Ernest C. Torres ) (FarrellPletcher, P) (Entered: 01/14/2002) |
| 04/04/2002 | 8 | MEMORANDUM and ORDER denying [1-1] motion to Vacate under 28 U.S.C. 2255 (see CR. 00-20 T) ( signed by Judge Ernest C. Torres ) (mailed to counsel of record) (FarrellPletcher, P) (Entered: 04/04/2002) |
| 04/04/2002 | | Case closed (FarrellPletcher, P) (Entered: 04/04/2002) |
| 05/10/2002 | 9 | MOTION by Keith M. Sands Jr. for Certificate of Appealability (Mercurio, A) (Entered: 05/13/2002) |
| 05/10/2002 | 9 | NOTICE OF APPEAL by Keith M. Sands Jr.. Appeal record due on 6/10/02 (Mercurio, A) (Entered: 05/13/2002) |
| 05/16/2002 | | Notice of appeal and certified copy of docket to USCA: [9-1] appeal by Keith M. Sands Jr. (Mercurio, A) (Entered: 05/16/2002) |
| 05/17/2002 | | Motion(s) referred to Judge Torres: [9-1] motion for Certificate of Appealability (FarrellPletcher, P) (Entered: 05/17/2002) |
| 05/23/2002 | 10 | NOTICE of Docketing ROA from USCA Re: [9-1] appeal USCA Number: 02-1597 (Mercurio, A) (Entered: 05/23/2002) |
| 05/23/2002 | | USCA Case Number Re: [9-1] appeal USCA Number: 02-1597 |

| | | |
|---|---|---|
| | | (Mercurio, A) (Entered: 05/23/2002) |
| 07/19/2002 | 11 | MOTION by Keith M. Sands Jr. to Proceed in Forma Pauperis (Mercurio, A) (Entered: 07/19/2002) |
| 07/19/2002 | 12 | AFFIDAVIT by Keith M. Sands Jr. Re: [11-1] motion to Proceed in Forma Pauperis (Mercurio, A) (Entered: 07/19/2002) |
| 08/02/2002 | 13 | ORDER denying [9-1] motion for Certificate of Appealability ( signed by Judge Ernest C. Torres ) (Mercurio, A) (Entered: 08/02/2002) |
| 08/05/2002 | | Certified and transmitted record on appeal to U.S. Court of Appeals: [9-1] appeal; sent original file; original criminal file (CR00-20T) and certified docket (Mercurio, A) (Entered: 08/05/2002) |
| 08/05/2002 | 14 | CERTIFICATE of Clerk (Mercurio, A) (Entered: 08/05/2002) |
| 08/21/2002 | 15 | NOTICE of Docketing ROA from USCA 02-1597 Re: [9-1] appeal (Mercurio, A) (Entered: 08/21/2002) |
| 08/21/2002 | | USCA Case Number Re: [9-1] appeal USCA Number: 02-1597 (Mercurio, A) (Entered: 08/21/2002) |
| 08/22/2002 | 16 | Transmitted supplemental record on appeal: [9-1] appeal by Keith M. Sands Jr. (Mercurio, A) (Entered: 08/22/2002) |
| 09/04/2002 | 17 | ORDER denying [11-1] motion to Proceed in Forma Pauperis on ground that the Court has denied the petitioner's request for certificate of appealability ( signed by Judge Ernest C. Torres ) (mailed to parties of record) (Mercurio, A) Modified on 09/04/2002 (Entered: 09/04/2002) |
| 09/06/2002 | 18 | Transmitted supplemental record on appeal: [9-1] appeal by Keith M. Sands Jr. - sent Order (#17) denying ifp and certified docket (Mercurio, A) (Entered: 09/06/2002) |
| 09/10/2002 | 19 | Acknowledgment of Receipt of [16-1] supplemental record on appeal (Mercurio, A) (Entered: 09/10/2002) |
| 10/25/2002 | 20 | ORDER denying petitioner's request for certificate of appealability and terminating appeal (USCA) (Mercurio, A) (Entered: 10/28/2002) |
| 12/23/2002 | 21 | MOTION by Keith M. Sands Jr. for Reconsideration of [13-1] order, [8-1] order (Mercurio, A) (Entered: 12/27/2002) |
| 01/02/2003 | 22 | OBJECTION by United States to [21-1] motion for Reconsideration of [13-1] order, [8-1] order (Mercurio, A) Modified on 01/03/2003 (Entered: 01/03/2003) |
| 01/07/2003 | | Motion(s) referred to Judge Torres: [21-1] motion for Reconsideration of [13-1] order, [8-1] order (Jackson, R) (Entered: 01/07/2003) |
| 01/14/2003 | 23 | ORDER denying [21-1] motion for Reconsideration of [13-1] order, [8-1] order - mailed to parties of record ( signed by Judge Ernest C. Torres ) (Barletta, B) (Entered: 01/14/2003) |
| 01/15/2003 | 24 | MANDATE OF USCA (certified copy) -- Judgment entered 10/24/02) |

| | | |
|---|---|---|
| | | Re: [9-1] appeal by Keith M. Sands Jr. DENYING petitioner's request for a COA, and TERMINATING the appeal (Duhamel, J) (Entered: 01/16/2003) |
| 01/15/2003 | 25 | RESPONSE by Keith M. Sands Jr. in opposition to [22-1] motion response (Duhamel, J) (Entered: 01/16/2003) |
| 01/16/2003 | | Record on appeal returned from U.S. Court of Appeals: [9-1] appeal by Keith M. Sands Jr. including Criminal Court file No. 00-20T (Duhamel, J) Modified on 01/17/2003 (Entered: 01/16/2003) |
| 01/17/2003 | | PSR and Statement of reasons returned to U.S. Probation Dept. (Mercurio, A) (Entered: 01/17/2003) |
| 03/12/2003 | 26 | NOTICE OF APPEAL by Keith M. Sands Jr.. Appeal record due on 4/11/03. (fee not paid) (Fernandes, D) (Entered: 03/13/2003) |
| 03/13/2003 | 27 | CERTIFICATE of Clerk (Fernandes, D) (Entered: 03/13/2003) |
| 03/13/2003 | | Certified and transmitted record on appeal to U.S. Court of Appeals: [26-1] appeal. Certified docket, court file and clerks certificate. (Fernandes, D) (Entered: 03/13/2003) |
| 04/28/2003 | 28 | MOTION by Keith M. Sands Jr. for Certificate of Appealability (Fernandes, D) (Entered: 04/28/2003) |
| 04/28/2003 | 29 | Transmitted supplemental record on appeal: [26-1] appeal by Keith M. Sands Jr. Forwarding Petitoner's Application seeking a Certificate of Appealability. (Fernandes, D) (Entered: 04/28/2003) |
| 05/06/2003 | | Motion(s) referred to Judge Torres: [28-1] motion for Certificate of Appealability (Jackson, R) (Entered: 05/06/2003) |
| 05/07/2003 | 30 | ORDER denying [28-1] motion for Certificate of Appealability ( signed by Judge Ernest C. Torres ) [mailed to all counsel of record] (Jackson, R) (Entered: 05/07/2003) |
| 05/07/2003 | 31 | Transmitted supplemental record on appeal: [26-1] appeal by Keith M. Sands Jr.(enclosing Order, Cert Copy of the Docket) (Jackson, R) (Entered: 05/07/2003) |
| 08/26/2003 | 32 | MANDATE OF USCA (certified copy) Re: [26-1] appeal by Keith M. Sands Jr. Denying Sands' request for a certificate of appealability and Terminating appeal (Fernandes, D) (Entered: 08/26/2003) |
| 10/28/2003 | 33 | MEMORANDUM Requesting copy of Memo & Order dismissing Petitioner's 2255 Writ of Habeas Corpus (Doc #8); copy of same was forw'd to Petitioner on 10/28/03 by Office of the Clerk (Jackson, R) (Entered: 10/28/2003) |
| 06/25/2004 | | Record on appeal returned from U.S. Court of Appeals: [26-1] appeal by Keith M. Sands Jr. case file, transcripts (2) doc #50 & #54, Government's Memo in support if its objection to defendant's petition for writ of habeas corpus returned from USCA. (Fernandes, D) (Entered: 07/12/2004) |

| | | |
|---|---|---|
| 08/16/2006 | 34 | MOTION to "Stay Judgments" that were Made in Violation of Fed. Rules Crim. Procedure 32(h) and Obtained in Violation of the U.S. Constitution and U.S. Supreme Court Precedent WITH SUPPORTING MEMO by Keith M. Sands, Jr. Responses due by 9/5/2006 (Leyva, Lucia) (Entered: 08/31/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2006 12:26:45 | | | |
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:01-cv-00503-T |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

Home P.A.C.E.R. Opinions Lower Dkt Help

# General Docket
## US Court of Appeals for the First Circuit

Court of Appeals Docket #: 02-1597 Filed: 5/20/02
Nsuit: 2510 Prisoner: Vacate Sentence
Sands v. US
Appeal from: U.S. District Court for the District of Rhode Island

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

District: 0103-1 : 01-00503 lead: 01-00503
Ordering Judge: Ernest C. Torres, Judge
Date Filed: 10/18/01
Date order/judgment: 4/4/02
Date NOA filed: 5/10/02

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: Unknown

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Prior cases:
None
Current cases:

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related: | | | | |
| | 02- 1597 | 03- 1378 | 3/27/03 | |
| | 02- 1597 | 04- 2130 | 8/25/04 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of August 26, 2004 8:30 pm Page 1

02-1597 Sands v. US

KEITH M. SANDS, JR.
Petitioner - Appellant

Keith M. Sands, Jr.
[COR LD NTC pro]
Reg. No. 04823-070
Allenwood FCI
P.O. Box 2500
White Deer, PA 17887-2000

v.

UNITED STATES
Respondent - Appellee

Gerard B. Sullivan
FTS 401-709-5001
401-709-5000

15

[NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

Donald Lockhart
FTS 401-709-5001
401-709-5030
[COR LD NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Fl.
Providence, RI 02903

Docket as of August 26, 2004 8:30 pm Page 2

---

02-1597 Sands v. US

KEITH M. SANDS, JR.

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

Docket as of August 26, 2004 8:30 pm Page 3

---

02-1597 Sands v. US

5/20/02 CIVIL CASE docketed. Opening forms sent. Notice filed by Appellant Keith M. Sands. Fee due 6/3/02. [02-1597] (mlyn)

5/20/02 ORDER filed with Certificate of Appealability pending in district court. DC Judge: Ernest C. Torres. DC Clerk: David DiMarzio. Filing Date: 5/10/02. CAP Status due 6/19/02. [02-1597] (mlyn)

6/12/02 STATUS REPORT filed by Appellant Keith M. Sands advising certificate of appealability. Certificate of Service date 6/9/02. CAP/CPC Status Due 7/12/02. [663210-1] [02-1597] (dona)

16

6/12/02 Petitioner's Informal Brief. Certificate of service date 6/9/02. [663216-1] [02-1597] (dona)

6/12/02 DEFAULT ORDER filed. Unless the $105 filing is paid to the Clerk of the District Court or unless a motion to proceed in forma pauperis on appeal is pending in the District Court and and notice thereof is supplied to this court on or before fourteen days of the date of this order, this appeal will be dismissed for lack of prosecution. [663220-1] [02-1597] Fee due 6/26/02. (dona)

6/12/02 DOCKETING STATEMENT filed by Appellant Keith M. Sands. [02-1597] (mlyn)

6/12/02 APPEARANCE filed by Keith M. Sands for Appellant Keith M. Sands. [663230-1] [02-1597] (mlyn)

6/12/02 TRANSCRIPT REPORT/ORDER filed by Appellant Keith M. Sands. [Transcript Not Necessary] [02-1597] (mlyn)

7/9/02 FINAL DEFAULT ORDER filed. Unless the $105 filing is paid to the Clerk of the District Court or unless a motion to proceed forma pauperis on appeal is pending in the District Court and and notice thereof is supplied to this court on or before fourteen days of the date of this order, this appeal will be dismissed for lack of prosecution. [669305-1] [02-1597] Fee due 7/23/02. (dona)

7/18/02 STATUS REPORT filed by Appellant Keith M. Sands advising certificate of appealability and request for IFP pending before the district court. Certificate of Service date 7/16/02. CAP/CPC Status Due 8/19/02. [672234-1] [02-1597] (dona)

8/2/02 ATTORNEY Donald Lockhart for Appellee US added to case. [02-1597] (mlyn)

8/2/02 APPEARANCE filed by Donald Lockhart for Appellee US. [675218-1] [02-1597] (mlyn)





8/6/02 RECORD filed: 2 vol(s). (one volume of 01-cv-503 pleadings 1-14 and one volume of 00-cr-20, pleadings an 2/9/00 hearing transcript and 2/11/00 hearing transcript) [676126-1] [02-1597] (dona)

8/6/02 ORDER filed Certificate of Appealability denied in district court. Denial Date: 8/2/02. CAP Memo due 8/20/02. [02-1597] (dona)

8/19/02 Memorandum in Support of the Pro Se Motion Seeking

17

Certificate of Appealability and Informal Brief filed by Appellant Keith M. Sands, Pro Sel. Certificate of service dated 8/16/02. [02-1597] (dona)

8/26/02 SUPPLEMENTAL RECORD consisting of 2 Transcripts (dkt#'s 50 & 54); Government's Memorandum in Support of Its Objection to Defendant's Petition for Writ of Habeas Corpus Pursuant to Title 28 USC dated 11/30/01; Government's Supplemental Memorandum and Response to Pro-Se Petitioner's Opposition to the Government's Request for Summary Dismissal dated 12/01/01; Pro Se Petitioner's Supplemental Opposition to the Government's Supplemental Response dated 1/7/02 filed. [681195-1] [681195-1] [02-1597] (mlyn)

8/26/02 PRESENTENCE REPORT [UNDER SEAL] received and filed. [681200-1] [02-1597] (mlyn)

8/26/02 Transcript(s) Dkt# 50: Pleas dated 6/30/00; Dkt# 54: Sentencing dated 10/20/00 filed by Ordering Judge Ernest C. Torres. [02-1597] (mlyn)

9/10/02 SUPPLEMENTAL RECORD consisting of #18, order denying IFP filed. [684960-1] [02-1597] (dona)

9/10/02 NOTICE RECIEVED from District Court that IFP has been denied to Appellant Keith M. Sands on 9/4/02. [02-1597] (dona)





9/10/02 DEFAULT ORDER filed. [684970-1] [02-1597] IFP motion&aff or Fee due 10/4/02. This court has been notified that appellant's request to proceed on appeal in forma pauperis has been denied in the district court on September 3, 2002. Accordingly, appellant must either pay the docket fees - a total of $105.00 - to the clerk of the district court or file a motion to proceed in forma pauperis and financial affidavit in the court of appeals. See Fed.R.App.P. 24(a)(5). If payment has been made, appellant must submit a copy of the receipt, referencing the above docket number, to the court of appeals. A copy of Form 4 is provided to the appellant with this order. The failure to take either action by October 4, 2002, and provide this court with proof thereof, will lead to dismissal of the appeal for lack of diligent prosecution. Fed.R.App.P. 3(b). The certificate of appealability issue will not be decided until the fee issue is cleared. (dona)

10/8/02 DEFAULT ORDER filed. [693130-1] [02-1597] Fee due 10/25/02. This court has received for filing from the appellant an Affidavit to Accompany Motion for Leave to Appeal in Forma

(18)

Pauperis. Pursuant to Page 3 of this affidavit, "If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts." This prisoner trust account information has not been received. The appellant must file on or before October 25, 2002, his prisoner trust account information, or risk dismissal of this case for lack of prosecution in accordance with Local Rule 3(b). This court cannot consider appellant's request for a certificate of appealability until appellant either pays the filing fee or complies with Fed.R.App.P. 24. (dona)

10/8/02 AFFIDAVIT to Accompany Motion for Leave to Appeal in forma pauperis filed by Appellant Keith M. Sands. Certificate of service dated 10/1/02. [693134-1] [02-1597] (dona)





10/24/02 JUDGMENT filed Chief Judge Boudin. Circuit Judges Torruella and Howard closing case. Federal prisoner Keith M. Sands moves this court for a certificate of appealability (COA), following the district court's denial of his 28 U.S.C. § 2255 motion. In order to obtain a COA, an applicant must make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Sands has failed to make this required showing his claims of a purported violation of Apprendi v. New Jersey, 530 U.S. 466 (2000), a due process violation under 21 U.S.C. § 851, and a related claim of ineffective assistance of counsel. See United States v. Duarte, 246 F.3d 56, 62 (1st Cir. 2001) (Apprendi issue); United States v. Sanchez, 917 F.2d 607, 616 (§ 851 issue). Accordingly, Sands' request for a COA is DENIED, and this appeal is TERMINATED. [697506-1] [02-1597] (mlyn)

11/18/02 PETITION FOR A RE-HEARING BEFORE THE ORIGINAL PANEL filed by Appellant Keith M. Sands for panel rehearing. Certificate of Service dated 11/15/02. [02-1597] (mlyn)

12/5/02 ORDER filed by Chief Judge Michael Boudin, Judge Juan R. Torruella, Judge Jeffrey R. Howard. The panel of judges that rendered the decision in this case having voted to deny the petition for rehearing, it is ordered that the petition for rehearing be DENIED. [02-1597] (mlyn)

12/16/02 PURSUANT TO FEDERAL RULES OF APPELLANT PROCEDURE (41) THIS PRO-SE PETITIIONER MOTION TO STAY THE MANDATE filed by Appellant Keith M. Sands to stay mandate. Certificate of service dated 12/11/02. [02-1597] (mlyn)

(19)

| | |
|---|---|
| 1/14/03 | ORDER filed by Judge Juan R. Torruella. The motion filed by Keith M. Sands requesting that the mandate in this case be stayed is DENIED. [02-1597] (mlyn) |
| 1/14/03 | MANDATE ISSUED. [02-1597] (mlyn) |
| 1/14/03 | PRESENTENCE REPORT [UNDER SEAL] returned to originating court. [02-1597] (mlyn) |
| 1/14/03 | RECORD returned to originating court vol(s). (one volume of 01-cv-503 pleadings 1-14 and one volume of 00-cr-20, pleadings an 2/9/00 hearing transcript and 2/11/00 hearing transcript) to RIPR. (mlyn) |

Docket as of August 26, 2004 8:30 pm Page 7

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2006 12:24:08 | | | |
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt report | Case Number: | 02-1597 |
| Billable Pages: | 7 | Cost: | 0.56 |

20

Home | P.A.C.E.R. | Opinions | Lower Dkt | Help

# General Docket
## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 03-1378                          Filed: 3/27/03
Nsuit: 2510  Prisoner: Vacate Sentence
Sands v. US
Appeal from: U.S. District Court for the District of Rhode Island
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0103-1 : 01-00503             lead: 01-00503
    Ordering Judge: Ernest C. Torres, Judge
    Date Filed: 10/18/01
    Date order/judgment: 1/14/03
    Date NOA filed: 3/12/03
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: Unknown
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
                 Lead        Member      Start       End
   Related:
                 03- 1378    04- 2130    8/25/04
                 02- 1597    03- 1378    3/27/03
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Docket as of November 3, 2004 8:32 pm                 Page 1
```

---

```
03-1378  Sands v. US

KEITH M. SANDS, JR.                 Keith M. Sands, Jr.
     Petitioner - Appellant         [COR LD NTC pro]
                                    Reg. No. 04823-070
                                    Allenwood FCI
                                    P.O. Box 2500
                                    White Deer, PA 17887-2000


   v.

UNITED STATES                       Gerard B. Sullivan
     Respondent - Appellee          FTS 401-709-5001
                                    401-709-5000
```

21

[NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

Donald Lockhart
FTS 401-709-5001
401-709-5030
[COR LD NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Fl.
Providence, RI 02903

Docket as of November 3, 2004 8:32 pm Page 2

---

03-1378 Sands v. US

KEITH M. SANDS, JR.

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

Docket as of November 3, 2004 8:32 pm Page 3

---

03-1378 Sands v. US

3/27/03 CIVIL CASE docketed. Opening forms sent. Notice filed by Appellant Keith M. Sands. Appearance form due 4/10/03. Fee due 4/10/03. [03-1378] (trim)

3/27/03 RECORD filed: 1 vol(s) original pleadings. [737015-1] [03-1378] (trim)

4/7/03 APPEARANCE filed by Keith M. Sands for Appellant Keith M. Sands. [740553-1] [03-1378] (trim)

4/7/03 DOCKETING STATEMENT filed by Appellant Keith M. Sands. [03-1378] (trim)

22

4/7/03 TRANSCRIPT REPORT/ORDER filed by Appellant Keith M. Sands. [Transcript Not Necessary] [03-1378] (trim)

4/9/03 BRIEFING SCHEDULE. Appellant's Brief due 5/19/03. Appellee's Brief due 6/18/03. Reply brief due 7/2/03. [03-1378] (trim)

4/9/03 ORDER filed. On March 27, 2003, this court docketed petitioner-appellant's appeal from the denial of his motion to vacate his sentence under 28 U.S.C. § 2255. Because the district court's denial of petitioner-appellant's motion for reconsideration is a final order in a habeas proceeding, a certificate of appealability is required to appeal that ruling. 28 U.S.C. §2253; see also Greenwalt v Stewart, 105 F.3d 1268, 1272 (9th Cir. 1997). It does not appear that petitioner-appellant has filed a request for a certificate of appealability in the district court. Accordingly, we direct petitioner-appellant to apply for a certificate of ability from the district court forthwith. We further order petitioner-appellant to file a status report in this court by May 9, 2003, and every thirty days thereafter, informing us that he has applied for a certificate in the district court and advising us of the status of that application. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate. If a status report is not filed by May 9, 2003 and at thirty-day intervals thereafter, this appeal may be dismissed for lack of diligent prosecution. Loc. R. 3(b). [03-1378] (trim)

4/9/03 ATTORNEY Donald Lockhart for Appellee US added to case. [03-1378] (trim)

4/9/03 APPEARANCE filed by Donald Lockhart for Appellee US. [741758-1] [03-1378] (trim)

4/28/03 STATUS REPORT filed by Appellant Keith M. Sands advising certificate of appealability being sought in the district court. Certificate of Service date 4/19/03. CAP/CPC Status Due 5/28/03. [745647-1] [03-1378] (dona)





4/30/03 District Court denied IFP to Appellant Keith M. Sands. [03-1378] (dona)

4/30/03 SUPPLEMENTAL RECORD consisting of #28 (unacted upon request for certificate of appealability) filed. [746543-1] [03-1378] (dona)

4/30/03 ORDER IFP in COA/Fee due 5/14/03. [03-1378] The district

court docket reflects that appellant's request to proceed on appeal in forma pauperis was denied. Accordingly, appellant must either pay the docket fees - a total of $105.00 to the Clerk of the District Court of Rhode Island or file a compliant motion to proceed in forma pauperis, financial affidavit and prison trust account information in the Court of Appeals. See Fed.R.App.P. 24. If payment has been made, please submit a copy of the receipt referencing the above docket number, to this court. A copy of Form 4 is provided to the appellant with this order. Failure to take any action regarding the filing fees on or before May 14, 2003 may result in this appeal being dismissed for lack of prosecution pursuant to Local Rule 3(b). The appellant is directed to either pay the docketing fees in the district court or to apply for in forma pauperis status in the court of appeals on or before May 14, 2003. (dona)

4/30/03 ORDER filed. It is hereby ordered that this Court's briefing schedule established on April 9, 2003, is hereby vacated as it was issued in error. [03-1378] (trim)

5/9/03 SUPPLEMENTAL RECORD consisting of #30, Certificate of Appealability with endorsement denying request, filed. [749914-1] [03-1378] (dona)

5/9/03 ORDER filed Certificate of Appealability denied in district court. Denial Date: 5/7/03, CAP Memo due 5/23/03. [03-1378] (dona)

5/15/03 STATUS REPORT filed by Appellant Keith M. Sands advising that the district court denied his request for a certificate of appealability and that this appeal is not a 2255, but the denial of his request to exhaust his 60(b) motion. Additionally his $105.00 payment for fees has been paid (appellant sent copy of request to bursar to remove funds from his account only-not DC receipt copy). Certificate of Service date 5/9/03 [752474-1] [03-1378] (dona)

5/19/03 Memorandum filed by Appellant Keith M. Sands for Certificate of Appealability. Certificate of service dated 5/14/03. [03-1378] (dona)





5/20/03 DEFAULT ORDER filed. [752497-1] [03-1378] Fee due 6/3/03. The authorization for appellate filing fees set forth in 28 U.S.C. § 1913 contains no exception for habeas appeals. Our records still indicate that the docket fee of $105.00 has not been paid to the Clerk of the District Court in accordance with Rule 3 (e) of the Federal Rules of

24

| | |
|---|---|
| | Appellate Procedure. If the appellant is indigent and unable to pay the docketing fee, a motion and application to proceed in forma pauperis must be filed promptly in the court of appeals pursuant to Fed.R.App.P. 24(a). Appellant asserts in his last correspondence to the court that the filing fees have been forwarded to court and enclosed a copy of a bank withdrawal notice. As of this date the district court docket does not reflect receipt of the filing fee of $105.00 in district court action 01-cv-00503 for the notice of appeal filed on March 12, 2003. The appellant is to respond to this order in writing on or before June 3, 2003. Failure to pay docketing fees or obtain in forma pauperis status may result in the dismissal of this case for want of diligent prosecution. See Local Rule 3(b). This court cannot consider appellant's request for a certificate of appealability until appellant either pays the fee or complies with Fed.R.App.P. 24. (dona) |
| 6/2/03 | Financial Affidavit and Prison Trust Account Information filed by Appellant Keith M. Sands, Pro Se. Dated 5/29/03. [03-1378] (dona) |
| 7/2/03 | JUDGMENT filed Chief Judge Michael Boudin, Judge Sandra L. Lynch, Judge Jeffrey R. Howard closing case. iFederal prisoner Keith M. Sands moves this court for a certificate of appealability (COA), following the district court's denial of his Fed. R. Civ. P. 60(b) motion for reconsideration of that court's denial of his 28 U.S.C. § 2255 motion. In order to obtain a COA, an applicant must make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Sands has failed to make this required showing with his claim of a purported due process violation under 21 U.S.C. § 851. His assertion that the district court erred in its judgment on the issue by overlooking the Supreme Court's decision in Stinson v. United States, 508 U.S. 36 (1993), is unavailing as the Stinson decision does not support his underlying section 851 claim. Accordingly, Sands' request for a COA is DENIED, and this appeal is TERMINATED. [766113-1] [03-1378] (trim) |
| 7/29/03 | Case Re-assigned to Kristie from Nolan. [03-1378] (frnk) |
| 8/25/03 | MANDATE ISSUED. [03-1378] (kris) |

Docket as of November 3, 2004 8:32 pm Page 6

03-1378 Sands v. US

| | |
|---|---|
| 3/8/04 | U.S. SUPREME COURT NOTICE filed regarding petition for writ of certiorari. Filed in the Supreme Court on [845086-1] 9/25/03. Supreme Court case number: 03-9199. [03-1378] (kris) |

25

| | |
|---|---|
| 4/8/04 | U.S. SUPREME COURT ORDER denying petition for writ of certiorari filed in the Supreme Court on 04/05/04. [03-1378] (kris) |
| 6/21/04 | RECORD consisting of one volume of original pleadings 1-28, 30, 31, governments memorandum dated Nov. 30, 2001, sentencing transcript dated 10/20/00, pleas transcript dated 06/30/00 returned to originating court. (dunn) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2006 12:23:54 | | | |
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt report | Case Number: | 03-1378 |
| Billable Pages: | 7 | Cost: | 0.56 |

Home | P.A.C.E.R. | Opinions | Lower Dkt | Help

# General Docket
## US Court of Appeals for the First Circuit

Court of Appeals Docket #: 04-2130 Filed: 8/25/04
Nsuit: 0 (Criminal or NOT SET)
Sands, et al v. US
Appeal from: U.S. District Court for the District of Rhode Island

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

District: 0103-1 : 00-00020
Ordering Judge: Ernest C. Torres, Judge
trial judge: Robert W. Lovegreen, Magistrate Judge
Date Filed: **/**/**
Date order/judgment: **/**/**
Date NOA filed: **/**/**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: waived

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Prior cases:
None
Current cases:

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related: | | | | |
| | 04- 2130 | 05- 1280 | 3/4/05 | |
| | 02- 1597 | 04- 2130 | 8/25/04 | |
| | 03- 1378 | 04- 2130 | 8/25/04 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of March 4, 2005 8:34 pm Page 1

04-2130 Sands, et al v. US

KEITH M. SANDS, JR.
Petitioner

Keith M. Sands, Jr.
[COR LD NTC pro]
Reg. No. 04823-070
Allenwood FCI
P.O. Box 2500
White Deer, PA 17887-2000

v.

27

UNITED STATES
Respondent

Gerard B. Sullivan
FTS 401-709-5001
401-709-5000
[NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

Donald Lockhart
FTS 401-709-5001
401-709-5030
[COR LD NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Fl.
Providence, RI 02903

Docket as of March 4, 2005 8:34 pm Page 2

---

04-2130 Sands, et al v. US

KEITH M. SANDS, JR.

Petitioner

v.

UNITED STATES

Respondent

Docket as of March 4, 2005 8:34 pm Page 3

---

04-2130 Sands, et al v. US

8/25/04 ORIGINAL PROCEEDING docketed. Opening forms sent. Notice of Appeal filed by Petitioner Keith M. Sands. Appearance form due 9/8/04. [04-2130] (mlyn)

8/25/04 MOTION filed by Petitioner Keith M. Sands for permission to file successive motion to vacate under 28 U.S.C. Sec. 2255. Certificate of service dated 8/9/04. [04-2130] (mlyn)

9/3/04 APPEARANCE filed by Keith M. Sands for Petitioner Keith M. Sands. [906043-1] [04-2130] (geor)

28

9/3/04 MOTION filed by Petitioner Keith M. Sands. Letter motion requesting IFP and/or extension of time to file fee. An "Affidavit to Accompnay Motion for Leave to Appeal in Forma Pauperis" is attached to the letter/motion. No certificate of service. (cmpa)

9/10/04 APPEARANCE filed by Donald Lockhart for Respondent US. [908097-1] [04-2130] (mlyn)

9/10/04 APPELLEE-UNITED STATES' RESPONSE TO PETITIONER'S MOTION TO FILE SUCCESSIVE 2255 PETITION/RESPONSE filed by Respondent US. [902775-1] Certificate of service dated 9/9/04. [908099-1] [04-2130] (mlyn)

9/20/04 APPELLANT'S TRAVERSE RESPONSE IN OPPSITION TO THE APPELLEE'S ANSWER/ REPLY filed by Petitioner Keith M. Sands. [908099-1] Certificate of service dated 9/17/04. [910556-1] [04-2130] (mlyn)

9/20/04 CASE SUBMITTED 9/20/04. Boudin, Torruella, Howard, Circuit Judges. [04-2130] (turn)

9/21/04 ORDER entered. The motion of appellant to proceed in forma pauperis will not be acted upon as no filing or docketing fees are required in a permission to file a successive habeas request before this court. [04-2130] (karn)



---



9/27/04 JUDGMENT entered by Chief Judge Michael Boudin, Judge Juan R. Torruella, Judge Jeffrey R. Howard. Keith M. Sands, Jr., who is serving a federal sentence for various drug offenses, seeks leave to file a second or successive habeas corpus petition under 28 U.S.C. § 2255. As grounds for the present petition, Sands relies on the recent United States Supreme Court decision in Blakely v. United States, 124 S. Ct. 2531 (2004), which he characterizes as a "new rule of law." However, under the relevant gatekeeping provision, a new rule of law can form the basis for a second or successive habeas petition only if that rule is "made retroactive to cases on collateral review by the Supreme Court." 28 U.S.C. § 2255, ¶ 8(2). To date, the Supreme Court has not decided whether Blakely is even applicable to the federal sentencing guidelines, 124 S. Ct. at 2538 at n.9 ("The Federal Guidelines are not before us, and we express no opinion on them."), under which Sands was sentenced, much less declared its ruling in Blakely to be retroactive to cases on collateral review. Therefore, even assuming, without deciding, that Blakely announces a new rule of constitutional law, Sands may not rely on Blakely as a ground for filing a second or successive petition to vacate his federal sentence. See In re Dean, 375 F.3d 1287,

| | |
|---|---|
| | 1291 (11th Cir. 2004) (denying leave to file second or successive habeas motion based on Blakely); Simpson v. United States, 376 F.3d 679, 681 (7th Cir. 2004) (same); see generally Tyler v. Cain, 533 U.S. 656, 663 (2001) ("a new rule is not 'made retroactive to cases on collateral review' unless the Supreme Court holds it to be retroactive"); Sustache-Rivera v. United States, 221 F.3d 8, 15 (1st Cir. 2001). "If the Supreme Court eventually makes the [Blakely] rule retroactive, [Sands] may at that time attempt a claim by second or successive § 2255 petition." Sustache-Rivera, 221 F.3d at 16-17 (footnote omitted). Until that time, however, the instant application "must be considered premature." Id. at 15 n.12. The application is denied without prejudice. [912599-1] [04-2130] (mlyn) |
| 10/8/04 | MOTION RECONSIDER JUDGMENT filed by Petitioner Keith M. Sands. Certificate of service dated 10/4/04. [04-2130] (mlyn) |
| 10/28/04 | ORDER entered by Chief Judge Michael Boudin, Judge Juan R. Torruella, Judge Jeffrey R. Howard. Keith M. Sands, Jr. has moved for reconsideration of the denial of his application for leave to file a second or successive habeas corpus petition. Treating that motion as a petition for rehearing, we dismiss it because 28 U.S.C. § 2244(b)(3)(E) provides that "the denial of an authorization by a court of appeals to file a second or successive application [for habeas relief] shall not be . . . the subject of a petition for rehearing." Dismissed. [04-2130] (mlyn) |

Docket as of March 4, 2005 8:34 pm Page 5

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2006 12:23:27 | | | |
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt report | Case Number: | 04-2130 |
| Billable Pages: | 5 | Cost: | 0.40 |

30

Home | P.A.C.E.R. | Opinions | Lower Dkt | Help

# General Docket
## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 05-1280                              Filed: 3/4/05
Nsuit:     0  (Criminal or NOT SET)
Sands v. US
Appeal from: U.S. District Court for the District of Rhode Island

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0103-1 : 00-00020
    trial judge: Robert W. Lovegreen, Magistrate Judge
    Ordering Judge: Ernest C. Torres, Judge
    Date Filed: **/**/**
    Date order/judgment: **/**/**
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: waived

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
                 Lead         Member      Start       End
   Related:
                 02- 1597     05- 1280    3/4/05
                 03- 1378     05- 1280    3/4/05
                 04- 2130     05- 1280    3/4/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Docket as of May 4, 2005 12:15 pm                    Page 1



05-1280  Sands v. US

KEITH M. SANDS, JR.                 Keith M. Sands, Jr.
    Petitioner                      [COR LD NTC pro]
                                    Reg. No. 04823-070
                                    Allenwood FCI
                                    P.O. Box 2500
                                    White Deer, PA 17887-2000


   v.
```

31

UNITED STATES
Respondent

Gerard B. Sullivan
FTS 401-709-5001
401-709-5000
[NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

Donald Lockhart
FTS 401-709-5001
401-709-5030
[COR NTC gvt]
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Fl.
Providence, RI 02903

Docket as of May 4, 2005 12:15 pm Page 2

---

05-1280 Sands v. US

KEITH M. SANDS, JR.

Petitioner

v.

UNITED STATES

Respondent

Docket as of May 4, 2005 12:15 pm Page 3

---

05-1280 Sands v. US

3/4/05 ORIGINAL PROCEEDING docketed. Opening forms sent. Petition filed by Petitioner Keith M. Sands, Jr.. [05-1280] (geor)

3/4/05 PETITION filed by Petitioner Keith M. Sands, Jr. for permission to file successive motion to vacate under 28 U.S.C. Sec. 2244 Seeking Review of An Earlier Application, That Was Dimissed Without Prejudice. Certificate of Service dated 10/8/04. [05-1280] (geor)

3/10/05 ATTORNEY Donald Lockhart for Respondent US added to case.

32

| | |
|---|---|
| | [05-1280] (geor) |
| 3/10/05 | APPEARANCE filed by Donald Lockhart for Respondent US. [968726-1] [05-1280] (geor) |
| 3/11/05 | APPEARANCE filed by Keith M. Sands for Petitioner Keith M. Sands. [969447-1] [05-1280] (geor) |
| 3/11/05 | CASE SUBMITTED . Torruella, Lipez, Howard, Circuit Judges. [05-1280] (turn) |
| 3/22/05 | JUDGMENT entered by Judge Juan R. Torruella, Judge Kermit V. Lipez, and Judge Jeffrey R. Howard. Relying on United States v. Booker, 125 S. Ct. 738 (2005), Keith M. Sands, Jr., who is currently serving a federal prison sentence, has moved for reconsideration of this court's previous denial of his application to file a second or successive habeas petition. Treating the present motion as an application to file another habeas petition, we deny it without prejudice because, under the relevant gatekeeping provision, a new rule of law can form the basis for a second or successive habeas petition only if that rule is "made retroactive to cases on collateral review by the Supreme Court." 28 U.S.C. § 2255, para. 8(2). Even assuming, without deciding, that Booker announces "a new rule of constitutional law . . . that was not previously available," id., to date, the Supreme Court has not declared its ruling in Booker to be retroactive to cases on collateral review. Therefore, Sands may not rely on that decision as a ground for filing a second or successive petition to vacate his federal sentence. See Green v. United States, 397 F.3d 101 (2d Cir. 2005); In re Anderson, 396 F.3d 1336 (11th Cir. 2005); see generally Tyler v. Cain, 533 U.S. 656, 663 (2001) (explaining that "a new rule is not 'made retroactive to cases on collateral review' unless the Supreme Court holds it to be retroactive") (citation omitted). If the Supreme Court eventually makes the Booker rule retroactive, Sands may at that time attempt a claim by second or successive § 2255 petition. Until that time, however, the instant application must be considered premature. The application is denied without prejudice. [973239-1] [05-1280] (geor) |





| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2006 12:22:49 | | | |
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt report | Case Number: | 05-1280 |
| Billable Pages: | 4 | Cost: | 0.32 |



33