UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEITH M. SANDS, JR.

v.  C.A. No. 01-503T

UNITED STATES OF AMERICA

### ORDER DENYING MOTION TO STAY JUDGMENT

The petitioner's motion to stay judgment is denied and dismissed without prejudice to seeking permission from the First Circuit Court of Appeals to file a successive § 2255 petition.

By Order,

/s/ illegible
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres, Chief Judge

Date: November 7, 2006