**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KEITH M. SANDS, JR.

v. C.A. No. 01-503T

UNITED STATES OF AMERICA

**ORDER DENYING MOTION TO STAY JUDGMENT**

The petitioner's motion to stay judgment is denied and dismissed without prejudice to seeking permission from the First Circuit Court of Appeals to file a successive § 2255 petition.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres, Chief Judge

Date: November 7, 2006